No. 72–1258. HEITZLER v. CINCINNATI BAR ASSN. Sup. Ct. Ohio. Certiorari denied.

No. 72–1261. DETROIT TYPOGRAPHICAL UNION No. 18, INTERNATIONAL TYPOGRAPHICAL UNION v. DETROIT NEWSPAPER PUBLISHERS ASSN. ET AL. C. A. 6th Cir. Certiorari denied.

No. 72–1273. COHEN v. MONGIARDO ET AL. Super. Ct. N. J. Certiorari denied.

No. 72–1276. COLEMAN OIL CO., INC. v. CITIES SERVICE OIL CO. C. A. 1st Cir. Certiorari denied.

No. 72–1277. RAFTER v. BLACKMON ET AL. C. A. 2d Cir. Certiorari denied.

No. 72–1278. BOARD OF JUNIOR COLLEGE DISTRICT No. 515 ET AL. v. HOSTROP. C. A. 7th Cir. Certiorari denied.

No. 72–1280. DAMCO TESTERS, INC., ET AL. v. SUPERIOR TESTERS, INC. C. A. 5th Cir. Certiorari denied.

No. 72–1283. MR. BOSTON DISTILLER CORP. ET AL. v. PALLOT ET AL. C. A. 5th Cir. Certiorari denied.

No. 72–1286. CIRAOLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 72–1326. BUFORD ET AL. v. SOUTHEAST DUBOIS COUNTY SCHOOL CORP. C. A. 7th Cir. Certiorari denied.

No. 72–5964. BLACK ET AL. v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.